UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 09CR1059-BTM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EMIL MENDEZ, | ) | ORDER GRANTING JOINT MOTION TO |
| | ) | CONTINUE SENTENCING |
| | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

IT IS HEREBY ORDERED that the sentencing in the above captioned case, currently scheduled for Friday, October 9, 2009, at 9:00 a.m., be continued to Friday, November 13, 2009 at 10:30 a.m., before this Court.

DATED: October 2, 2009

_____
Honorable Barry Ted Moskowitz
United States District Judge